■ In the Matter of SHAHSULTAN JAFFER, Petitioner, v WILLIAM P. McCOOE et al., Respondents. [664 NYS2d 720] —Application for an order pursuant to CPLR article 78 denied and the petition dismissed, without costs and or disbursements. Motions seeking direct entry of judgment and for a stay denied, without costs or disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.

■ In the Matter of EDWARD H. HELLER, a Disbarred Attorney. [663 NYS2d 814] —Motion for reinstatement denied. No opinion. Concur—Murphy, P. J., Ellerin, Nardelli, Mazzarelli and Colabella, JJ.

■ In the Matter of JAMES OLIVIERO (Admitted as JAMES F. OLIVIERO), a Suspended Attorney. [663 NYS2d 814] —Petition granted to the extent of referring this matter back to the Departmental Disciplinary Committee for the First Judicial Department for a hearing pursuant to 22 NYCRR 603.14 (g), where petitioner will have the burden of establishing by clear and convincing evidence that he has fully complied with the order of suspension and that he possesses the requisite character and general fitness to resume the practice of law. No opinion. Concur—Sullivan, J. P., Nardelli, Rubin, Williams and Colabella, JJ.